Form 2 - AFFIDAVIT OF SERVICE



| | |
|---|---|
| **LIPSIG, SHAPEY, MANUS & M**   Grace Munoz<br>U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK | |
| NASSAU COUNTY PUBLIC ADMINISTRATOR OF THE ESTATE OF WALTER ORLANDO CRUZ PEREZ, DECEASED | index No.<br>**2:18-CV-05327-DRH-AYS** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **9220** |
| THE COUNTY OF NASSAU, ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NASSAU**   :SS:

**ANDREW ROTHBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **18TH** day of **APRIL 2019, 1:21PM** at    **1490 FRANKLIN AVENUE**
         **MINEOLA NY 11501**
I served the **SUMMONS AND AMENDED COMPLAINT**
upon **JANE DOES 1-100, SAID NAMES BEING FICTITIOUS AND INTENDED TO REFER TO THOSE INDIVIDUALS AND/OR ENTITIES THAT ACTED AS, AND/OR WERE EMPLOYED AS, POLICE OFFICERS BY COUNTY POLICE DEPARTMENT IN THE EVENTS WHICH ARE THE SUBJECT MATTER OF THIS ACTION.**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **PSA EILENBERG (REFUSED FULL NAME), CO-WORKER**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **50** APP. HT: **5'7** APP. WT: **145**
OTHER IDENTIFYING FEATURES

On **04/22/2019** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT**  is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
22ND day of APRIL, 2019

TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

ANDREW ROTHBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-LSMM-1639640

Form 2 - AFFIDAVIT OF SERVICE


P1639640

LIPSIG, SHAPEY, MANUS & M    Grace Munoz
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

NASSAU COUNTY PUBLIC ADMINISTRATOR OF THE ESTATE OF WALTER
ORLANDO CRUZ PEREZ, DECEASED

                                                           PLAINTIFF
                   - vs -

THE COUNTY OF NASSAU, ETAL

                                                           DEFENDANT

index No. **2:18-CV-05327-DRH-AYS**
Date Filed
Office No. **9220**
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**    :SS:

**ANDREW ROTHBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **18TH** day of **APRIL 2019, 1:21PM** at    **1490 FRANKLIN AVENUE**
**MINEOLA NY 11501**
I served the **SUMMONS AND AMENDED COMPLAINT**
upon **JANE DOES 1-100, SAID NAMES BEING FICTITIOUS AND INTENDED TO REFER TO THOSE INDIVIDUALS AND/OR ENTITIES THAT ACTED AS, AND/OR WERE EMPLOYED AS, POLICE OFFICERS BY COUNTY POLICE DEPARTMENT IN THE EVENTS WHICH ARE THE SUBJECT MATTER OF THIS ACTION.**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **PSA EILENBERG (REFUSED FULL NAME), CO-WORKER**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **BROWN**
APP.AGE: **50** APP. HT: **5'7** APP. WT: **145**
OTHER IDENTIFYING FEATURES


On **04/22/2019** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
22ND day of APRIL, 2019

TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

ANDREW ROTHBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-LSMM-1639640

2a