# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NASSAU COUNTY PUBLIC ADMINISTRATOR
of the ESTATE OF WALTER ORLANDO                    Docket No.:
CRUZ PEREZ, Deceased,                              18-cv-5327 (DRH)(AYS)

                              Plaintiff,           **PLAINTIFFS' FRCP 26
                                                   EXPERT DISCLOSURE**

      – against –

THE COUNTY OF NASSAU, THE NASSAU
COUNTY POLICE DEPARTMENT, NASSAU
COUNTY POLICE DEPARTMENT OFFICER
NICOLE BETTES, NASSAU COUNTY POLICE
DEPARTMENT OFFICER JACK CASTRONOVA,
NASSAU COUNTY POLICE DEPARTMENT
OFFICER RAY MORAN, NASSAU COUNTY
POLICE DEPARTMENT OFFICER ROBERT
SACCO, NASSAU COUNTY POLICE
DEPARTMENT OFFICER DANIEL CIVORELLI,
NASSAU COUNTY POLICE DEPARTMENT
SARGEANT GUADINO (first name currently
unknown), and JOHN DOES and JANE DOES 1-100,
said names being fictitious and intended to
refer to those individuals and/or entities that acted
as, and/or were employed as, police officers by
THE COUNTY OF NASSAU and/or THE NASSAU
COUNTY POLICE DEPARTMENT in the events
which are the subject matter of this action,

                              Defendants.
----------------------------------------------------------------X
      PLEASE TAKE NOTICE, pursuant to FRCP 26 (a)(2), the plaintiff hereby

exchanges the following expert disclosure:

             Dr. Jennifer L. Hammers, D.O., FCAP, FASP, Forensic Pathologist,
             Jennifer Hammers Pathology LLC.
             409 17th Street
             Beaver Falls, Pennsylvania 15010

      Dr. Hammers will testify in accordance with the facts, opinions, and findings set

forth in her report dated March 4, 2022. Annexed please find the following:

1

1. Report of Dr. Jennifer L. Hammers, D.O., FCAP, FASP, Forensic Pathologist;

2. CV and publishing of Dr. Jennifer L. Hammers, D.O., FCAP, FASP, Forensic Pathologist;

3. Dr. Jennifer L. Hammers, D.O., FCAP, FASP, Forensic Pathologist, past testimony.

Plaintiff reserves the right to supplement all responses through and including the

time of trial.

Dated: New York, New York
April 21, 2022

Yours, etc.,

LIPSIG, SHAPEY, MANUS & MOVERMAN, P.C.
*Elliot M. Schaktman*

By:_____

ELLIOT M. SCHAKTMAN
eschaktman@lipsig.com
40 Fulton Street, 24th Floor
New York, New York 10038-1850
(212) 285-3300

*Attorneys for Plaintiff,*
*NASSAU COUNTY PUBLIC*
*ADMINISTRATOR of the ESTATE OF*
*WALTER ORLANDO CRUZ PEREZ, Deceased*

To:    Ralph J. Reissman, Esq.
       Deputy County Attorney
       JARED A. KASSCHAU
       Nassau County Attorney
       One West Street
       Mineola, New York 11501

*Attorneys for DEFENDANTS*

2

# JENNIFER HAMMERS PATHOLOGY LLC

Forensic Pathology                                    Autopsy and Anatomic Pathology
Clinical Pathology and Toxicology              Medical Legal Consultations
409 17ᵗʰ Street Beaver Falls, PA 15010 | 814-504-0497 |
jennifer@jenniferhammerspathology.com

March 4, 2022

Elliot M. Schaktman, Esquire
Lipsig, Shapey, Manus & Moverman, P.C.
40 Fulton Street, 24ᵗʰ Floor
New York, New York 10038

**Medical Legal Report**

**RE: <u>Walter Orlando Cruz Perez, deceased</u>**

I have reviewed the following materials provided to me, which includes:

1.  Video of Decedent
2.  Autopsy Report
3.  Autopsy Photographs
4.  Perez v. County of Nassau Amended Complaint
5.  Answer to Amended Complaint
6.  Defendants' Rule 26(a)(1) Initial Disclosures
7.  Defendants' Response to Plaintiff's First Set of Interrogatories
8.  Defendants' Response to Plaintiff's First Request for Production of Documents and Things
9.  Defendants' First Supplemental Response to Plaintiff's First Request for Production of Documents and Things
10. Defendants' Second Supplemental Response to Plaintiff's First Request for Production of Documents and Things
11. Defendants' Third Supplemental Response to Plaintiff's First Request for Production of Documents and Things
12. Defendants' Third Supplemental Response to Plaintiff's First Request for Production of Documents and Things
13. Defendants' Fifth Supplemental Response to Plaintiff's First Request for Production of Documents and Things
14. Defendants' Sixth Supplemental Response to Plaintiff's First Request for Production of Documents and Things
15. Defendants' Seventh Supplemental Response to Plaintiff's First Request for Production of Documents and Things
16. Defendants' Eighth Supplemental Response to Plaintiff's First Request for Production of Documents and Things
17. Nassau County Police Department Rules
18. Nassau County Police Department Records
19. Remote Examination Before Trial of Officer Daniel Civorelli
20. Remote Examination Before Trial of Officer Robert Sacco

21. Remote Examination Before Trial of Officer Peter Guadino
22. Remote Examination before Trial of Officer Raymond Moran
23. Remote Examination before Trial of Officer Nicole Bettes
24. Remote Examination Before Trial of Officer Jack Castronova
25. Deposition of Officer Christopher Boccio
26. New York State Office of the Attorney General Report on the Death of Walter Perez
27. Saint John's Episcopal Hospital Records
28. AMT Records
29. Data on 2017 Use of Force
30. Report of Dr. Darrin K. Porcher
31. Deposition of Justin Angell
32. AXON Taser Information

On September 23, 2017, around 2:24 AM, police responded to 230 Doughty Boulevard in Inwood, New York. They found Walter Perez, a 36-year-old Hispanic male, naked and bleeding in the basement apartment. Officers attempted to subdue and handcuff Mr. Perez and a struggle ensued, during which two officers activated their Tasers 13 times for a total of 66 seconds. Mr. Perez went into cardiac arrest, failed to respond to emergency life-saving measures from the officers, EMT, and staff at St. John's Episcopal Hospital, and was pronounced dead at 3:25 AM that same day.

**Declan McGuone, M.B., B.Ch., City Medical Examiner-II, performed an autopsy for the New York City Office of the Chief Medical Examiner on Walter Perez on September 23, 2017, at 9:30 AM,** which documented the following:

Final Diagnoses:
- I.   Excited delirium, anamnestic:
    - a.   Status post physical exertion, anamnestic.
    - b.   Acute cocaine intoxication.
- II.  Status post use of conducted electrical weapon:
    - a.   Three probes recovered, anterior torso.
- III. Status post restraint by police, anamnestic.
- IV.  Blunt force trauma of head, torso, and extremities:
    - a.   Abrasions and contusions.
- V.   Atherosclerotic cardiovascular disease:
    - a.   Abdominal aortic atherosclerosis, slight.
- VI.  Hepatic steatosis and pancreatic fibrosis.
- VII. Absent left kidney.

The body was that of a well-developed man weighing 161 pounds, measuring 63 inches in height, whose appearance was consistent with the reported age of 36 years.

A 3 x 1.5 inches blue/purple contusion was present on the upper outer forehead, right of midline. A 0.5 x 0.25 inch superficial red abrasion was present on the upper outer forehead, left of midline. A 1.5 x 0.5 inch blue purple contusion was present above the left eyebrow; two blue/purple contusions, 1 x 0.5 inch and 0.75 x 0.5 inch, were present posterior to the left eye. A faint 0.5 x 0.25 inch blue/purple contusion was present on the left cheek. A 0.75 x 0.5 inch faint blue/purple contusion and two superficial linear abrasions, 0.25 x 0.5 inch, were present on the dorsum of the nose. The nostrils were blood-stained. A 1 x 0.5 inch red/purple contusion was present posterior to the lateral aspect of the right eyebrow. There was marked periorbital swelling and red/purple discoloration around the right eye, extending to the right upper cheek.

2

Elliot M. Schaktman, Esquire
March 4, 2022
Page 3 of 13

A 0.5 inch oblique superficial laceration was present below the right eyelid. Confluent conjunctival hemorrhages, up to 0.5 x 0.25 inch, were present on the right bulbar conjunctiva. Occasional petechiae, up to 1.16 inch, were present on the left upper palpebral conjunctiva. There were no palpable nasal or facial bone fractures. A 0.5 inch oblique superficial red abrasion was present behind the right ear. The left ear was swollen and discolored purple. A 1/8 inch oblique abrasion was present on the helix of the ear. Two superficial abrasions, each 0.25 x 0.25 inch, were present on the left posterior parietal scalp. There was patchy subcutaneous hemorrhage over an area measuring approximately 2 x 1.5 inches deep to the left parietooccipital scalp. The skull was intact and was without fracture and there was no epidural or subdural hemorrhage.

Two oblique linear contusions, 1 x 0.25 inch and 0.75 x 0.25 inch, were present on the right side of the neck. A 0.25 x 0.25 inch contusion was present on the left side of the neck. A 2.75 x 1 inch superficial oblique to horizontal red abrasion was present on the right upper anterior torso, above the nipple line. Two oblique superficial linear abrasions, 0.75 and 0.5 inch, were present on the left lateral torso. There were multiple oblique to curvilinear blue/purple contusions on the upper posterior torso, ranging in length from 0.5 up to 7 inches. A 2 x 1 inch ovoid purple contusion was present on the left upper posterolateral torso. There were occasional curvilinear red/purple contusions, ranging in length from 1 inch up to 3 inches, on the left posterolateral torso. A 0.5 x 0.25 inch red/purple contusion was present above the right buttock. A faint 0.5 x 0.25 inch blue contusion was present above the left buttock. The anterior and posterior muscles of the neck were free of hemorrhage. A hemorrhagic fracture of the right superior horn of the thyroid cartilage was present. The hyoid bone was unremarkable. There were no rib or pelvic bone fractures. The internal organs were without injury. There was blotchy testicular hemorrhage, left greater than right.

On the right upper extremity, there were superficial abrasions, 1.5 x 1 inch area, on the superior aspect of the right shoulder. A 0.25 x 0.25 inch abrasion was present on the elbow. There were two red/purple contusions, 1 x 0.75 inch and 0.5 x 0.5 inch, on the posterior aspect of the distal extremity. There were occasional superficial linear abrasions, ranging in length from 1/8 inch up to 0.5 inch, on the anterior surface of the distal extremity. The proximal interphalyngeal joint of the fifth digit was swollen and discolored purple. There was focal subcutaneous and fascial hemorrhage on the proximal and distal extremity on subcutaneous dissection.

On the left upper extremity, there were three faint blue/purple contusions, 1 x 0.75 inch, 0.5 x 0.25 inch, and 0.25 x 0.25 inch, on the anterior surface of the proximal extremity. A 1.5 x 1 inch red/purple contusion was present on the elbow. There were occasional superficial linear abrasions, ranging in length from 1/8 up to 0.5 inch at the elbow. There were blotchy red/purple contusions (3 x 2 inch area) on the posterior surface of the distal extremity. A 0.5 x 0.25 inch contusion was present on the dorsal surface of the wrist. A 0.5 inch oblique abrasion was present on the dorsal surface of the hand. A 0.25 x 0.25 inch red/purple contusion was present on the thumb. There was focal subcutaneous and fascial hemorrhage of the proximal and distal extremity on subcutaneous dissection.

On the right lower extremity, there were occasional superficial linear abrasions, up to 1.8 inch, on the knee. A 1 x 0.75 inch red/purple contusion was present on the anterior aspect of the distal extremity. A faint 1 x 0.5 inch blue contusion and two 0.25 x 1/8 inch blue contusions were present above the lateral aspect of the ankle. There was focal subcutaneous and fascial hemorrhage around the knee and on the distal extremity on subcutaneous dissection.

On the left lower extremity, there were occasional scattered superficial abrasions on the anterior aspect of the proximal and distal extremity ranging in length from 1/8 inch up to 0.5 inch. A faint 1 x 0.5 inch blue contusion was present on the knee. Three faint blue/purple contusions, ranging

3

Elliot M. Schaktman, Esquire
March 4, 2022
Page 4 of 13

in size from 0.5 x 0.25 inch up to 1.25 x 0.75 inch, were present on the anterior surface of the distal extremity. A 2 inch curvilinear abrasion was present above the medial aspect of the ankle. A 1/8 x 1/8 inch blue/purple contusion was present on the medial aspect of the foot.

There were three probes from a conducted electrical weapon penetrating the skin of the anterior torso, two on the upper torso slightly left of midline and one on the right upper abdominal quadrant. The uppermost metallic probe was centered 15.5 inches from the top of the head and 1/8 inch left of midline. It was surrounded by a 1/8 inch ovoid red abrasion / electrical burn. There was also a 0.75 x 0.5 inch zone of faint blue discoloration of the surrounding skin. There was slight associated subcutaneous hemorrhage. The second metallic probe was centered 19.25 inches from the top of the head and 1.8 inch left of midline. It was surrounded by a 0.25 x 1/8 inch irregular red abrasion / electrical burn. There was slight associated subcutaneous hemorrhage. The third metallic probe was centered 23 inches from the top of the head and 3.25 inches right of midline in the right upper abdominal quadrant. It was surrounded by a 1/8 inch ovoid red abrasion / electrical burn. There was slight associated subcutaneous hemorrhage. The probe perforated the anterior abdominal wall and liver capsule on the inferior aspect of the right lobe of the liver.

Toxicology returned positive results for benzoylecgonine (51 ng/mL) and cocaine (<50 ng/mL).

**Cause of death:** excited delirium due to acute cocaine intoxication following physical exertion with restraint and use of conducted electrical weapon.

**Manner of death:** homicide.

**Video of Decedent** revealed the following:

A brief video shows men recording an unclad male who appears to be dancing, spinning and raising his hands.

**Perez v. County of Nassau Amended Complaint** revealed the following:

On or about September 22, 2017, Walter Perez was allegedly detained, battered, assaulted, tased, restrained, and forcibly held by officers from the Nassau County Police Department. Officers used their tasers a total of 13 times for a total of approximately 66 seconds despite the fact that Mr. Perez was alone and had no visible weapon in his hands or within his immediate reachable area.

**Nassau County Police Department Records** revealed the following:

Officers filed Use of Force reports regarding the incident with Walter Perez on September 23, 2017. Reports indicated that Mr. Perez was naked and was trying to punch and kick officers before being subdued. Officer Civorelli reported that he applied a wrist lock to get Mr. Perez's hands behind his back to be handcuffed. Officer Castronova reported that he applied a take down to restrain Mr. Perez's arm and leg. Officer Moran reported two probes discharged and an unknown number of hits when he used his Taser on Mr. Perez's chest. Officer Bettes reported two probes discharged and one hit when she used her Taser on Mr. Perez's chest. Officer Sacco applied a twist lock and arm bar takedown to maneuver Mr. Perez for handcuffing.

4

**Remote Examination Before Trial of Officer Jack Castronova** revealed the following:

On November 16, 2020, Officer Castronova testified that he arrived at the scene on September 23, 2017, at around 2:27 AM. He saw a common living area in the basement, which was rented out to multiple tenants and contained multiple bedrooms. Officer Castronova saw that Mr. Perez was naked and was bleeding from his head and his eye was swollen shut. He heard Mr. Perez saying to a female officer that he was going to kill and rape her. After Mr. Perez backed into his bedroom, Office Castronova heard Officer Moran say, "let's cuff him." When Mr. Perez pushed Officer Moran and swung at him, Officer Moran took his Taser out. Officers Moran and Bettes discharged their Tasers and Officer Castronova helped to handcuff Mr. Perez. At some point after Mr. Perez was positioned on his stomach, an officer placed a spit mask on him.

**Remote Examination Before Trial of Officer Daniel Civorelli** revealed the following:

On November 16, 2020, Officer Civorelli testified that on September 23, 2017, he responded to a call involving Walter Perez because officers present had asked for backup. He arrived around 2:36 AM to find Officers Castronova, Moran, Bettes, and Sacco at the scene. Officer Civorelli stated that Mr. Perez was in the bedroom, yelling unintelligible things, and there was a broken dresser with bloody clothes strewn on the ground. The door was off its hinges and a mattress appeared to be soaked in blood. Mr. Perez was handcuffed on one wrist; Officer Civorelli attempted to cuff Mr. Perez's other arm. Once he was cuffed, all the officers except Officers Civorelli and Sacco left the room to catch their breath. Officer Civorelli believed Mr. Perez needed to be further subdued after being handcuffed because he was still struggling and yelling. Officer Civorelli went in the ambulance with Mr. Perez to St. John's Episcopal Hospital and performed CPR in the ambulance.

**Remote Examination Before Trial of Officer Nicole Bettes** revealed the following:

On November 17, 2020, Officer Bettes testified that on September 23, 2017, Mr. Perez was in the common room of the basement apartment, yelling mostly in Spanish. The landlord was there, trying to translate for the officers. Officer Bettes' understanding through the landlord was that Mr. Perez wanted to fight the police or wanted the police to fight him. When Mr. Perez backed into the bedroom, she and Officers Castronova, Moran, and Sacco followed. Mr. Perez lunged at Officer Moran, at which point Officer Moran fired his Taser from about 8 feet away. Officer Bettes was about 7 feet away from Mr. Perez when she fired her Taser. There was a six-minute gap between when the AMT arrived at the scene and when the AMT arrived at Mr. Perez, but Officer Bettes did not know what happened during the six minutes. She and Officer Civorelli were directed by the AMT to turn Mr. Perez over and give him CPR. After the incident, her Taser was analyzed and it was determined that she had fired her Taser in dart probe mode seven times for a total of about 36 seconds.

**Remote Examination Before Trial of Officer Raymond Moran** revealed the following:

On November 17, 2020, Officer Moran testified that on September 23, 2017, he arrived at the scene around 2:27 AM and found Mr. Perez naked with a swollen eye, covered in blood. Officer Moran thought that Mr. Perez appeared to be emotionally disturbed; he was yelling in Spanish and English and pointing to his genitals. Officers Sacco and Bettes arrived around 2:32 AM. At one point, Officer Moran tased himself by accident. He stated that the officers' Tasers did not appear to work on Mr. Perez and it took five officers to subdue him. After Mr. Perez backed into

a corner in the bedroom, Office Moran said something along the lines of "Let's cuff him." While attempting to handcuff Mr. Perez, he charged at Officer Moran, so Officer Moran fired his Taser. He did not know if the probe hit Mr. Perez but it did not seem to have any effect on him. Officer Moran testified that he discharged his Taser once in probe and once or twice in drive stun mode. He was aware that Officer Bettes also fired her taser but did not see it happen himself. After he was handcuffed, Mr. Perez continued to bang his head on the floor and kick his feet. After the incident, Officer Moran's Taser was analyzed and it was determined that he had fired his Taser six times, once in dart probe mode and five times in drive stun mode, for a total of 30 seconds.

**Remote Examination Before Trial of Officer Robert Sacco** revealed the following:

On November 19, 2020, Officer Sacco testified that he called for a county ambulance when he arrived on the scene on September 23, 2017. He called for an ambulance at approximately 2:30 AM and indicated a possible mental illness with regards to Walter Perez. He found Mr. Perez in the common room first; then Mr. Perez backed into a bedroom. Mr. Perez was naked and unarmed and said repeatedly, "I have something for you, come here." Officer Sacco stated that because they could not see if anything was hidden under the bed, the officers attempted to handcuff Mr. Perez for safety reasons, which led to Officers Moran and Bettes using their Tasers. Mr. Perez's hands and feet were cuffed and he was placed on the floor, stomach down. At one point, Mr. Perez defecated in the bedroom. At 2:38 AM, Officer Castronova called for a supervisor. Around 2:40 AM, the ambulance arrived. Officer Sacco did not see any officer using a baton or nightstick on Mr. Perez. Officer Sacco later spoke with Mr. Perez's landlord, who indicated that Mr. Perez had been his tenant for a number of years and had never caused any issues before.

**Remote Examination Before Trial of Officer Peter Guadino** revealed the following:

On November 20, 2020, Officer Guadino testified that after tasing someone, an officer is generally required to continually monitor the person's physical condition visually and verbally. On September 23, 2017, he was called to the scene after Mr. Perez was tased and he had no personal knowledge of what took place in the common room or bedroom before his arrival. When Officer Guadino arrived at the scene, Mr. Perez was being transported to the ambulance and an officer was administering CPR.

**Deposition of Officer Christopher Boccio** revealed the following:

On August 30, 2021, Officer Boccio testified that he began teaching at the Police Academy in 2014 and his duties included teaching the Electronic Control Device course. His understanding of a successful application of a Taser was achieving the incapacitation of an individual, which would only occur in probe mode, not drive mode. He acknowledged that the department manual stated that a successful application is when the probes make contact with the subject's body or the unit itself makes contact with the subject's body to conduct energy that affects the sensory and motor functions of the nervous system. Officer Boccio noted that while Axon advertises their Tasers to emit 50,000 volts, the actual voltage could be less depending on factors such as the subject's clothing, fat, or other insulation.

Elliot M. Schaktman, Esquire
March 4, 2022
Page 7 of 13

**Video Conference Examination of Chief Kenneth Lack** revealed the following:

On October 12, 2021, Chief Lack testified that he was on call as the duty Chief on the evening of September 23, 2017, when he got a phone call regarding an unresponsive male, Mr. Perez. During his preliminary investigation, it was apparent that Mr. Perez suffered from a multitude of ailments and may or may not have been mentally disabled. In the Use of Force Reports completed by officers who responded to the scene that day, they indicated that Mr. Perez appeared to have a mental illness. He was, from witness accounts, intoxicated, high, and violent. Chief Lack was not present on scene and only knew what was detailed in the reports he reviewed. Reports indicated that Mr. Perez was in the common room with the responding officers for about five minutes before Mr. Perez said, "I have something for you" and went into his bedroom, which Chief Lack said he would take as a verbal threat. Officers then attempted to handcuff Mr. Perez, leading to Officers Bettes and Moran using their Tasers. Mr. Perez was then handcuffed face down, behind his back, but it was not known how long he remained face down before EMS arrived. The officers on scene all indicated that they did not find a weapon on Mr. Perez. He stated that policy was that no more than three successful applications of a Taser should be used, if the subject failed to comply after the first application. Use of Force Reports indicated that officers discharged their tasers but did not indicate how many times they were triggered. Chief Lack stated that the Tasers are designed to discharge in five-second increments each time they are triggered. After Chief Lack preliminarily reviewed the case, it was then taken over by the Attorney General. It is noted that the Attorney General's report stated that the most common factors that appear to be associated with fatal or other serious outcomes resulting from the use of a Taser include repeated and multiple applications and cycling times that exceed 15 seconds in duration. Chief Lack stated that the use of force and ECD use by the officers appeared to be within departmental guidelines. He initially reported that the ECDs were deployed in a reasonable manner based upon the totality of the circumstances and appeared to be within departmental procedures; however, he testified that he no longer adhered to that statement after subsequently having the opportunity to review additional documentation related to the incident.

**Saint John's Episcopal Hospital Records** revealed the following:

Walter Perez was taken to the Emergency Room on September 23, 2017. He was unresponsive and in asystole upon arrival. A hematoma was found on the right periorbital area, a laceration on his left ear, and bruises on the left upper back and flank area. Staff attempted to resuscitate Mr. Perez for 15 minutes before he was pronounced dead at 3:25 AM.

**AMT Records** revealed the following:

The AMTs documented that when they arrived at the scene, they directed police officers to uncuff and roll Mr. Perez over. Mr. Perez was noted to have cyanosis to his lips and face; a pulse check showed no pulse and CPR was started by police officers. Mr. Perez did not regain a pulse or spontaneous respirations throughout transport and remained in asystole. AMTs arrived at 2:40 a.m. but we not at the patient until 2:46 a.m. The AMT report does not document a request to retrieve a spit mask and stretcher for officers.

**New York State Office of the Attorney General Report on the Death of Walter Perez** revealed the following:

Elliot M. Schaktman, Esquire
March 4, 2022
Page 8 of 13

On September 23, 2017, Mr. Perez's landlord called 911 to report that Mr. Perez was intoxicated, banging on walls, and making noise. Four police officers responded to the house and saw that he was naked, bleeding from a swollen right eye, sweating profusely, and positioned in a fighting stance. The officers attempted to handcuff him and a struggle ensued, during which two officers tasered him. In total, the officers used their Tasers a total of 13 times for a total of 66 seconds. Mr. Perez went into cardiac arrest, did not respond to emergency life-saving measures, and died at the hospital later that night. The Office of the Attorney General concluded that there was insufficient evidence to warrant any criminal charges in this matter. It recommended that the Nassau County Police Department review methods to defuse incidents involving individuals experiencing excited delirium or mental health crises, develop training programs regarding deployments of Tasers, and outfitting officers with body-worn cameras and equipping tasers with cameras.

**Report of Dr. Darrin K. Porcher** revealed the following:

Dr. Darrin Porcher, a former police officer and Integrity Control Officer, reviewed materials related to Mr. Perez's death and concluded that Officers Bettes and Moran violated Nassau County Police Department's policy on tasers (that officers will discharge no more than 3 successful applications of the Taser on a single subject) but were not disciplined for their actions. Chief Lack's failure to identify the excessive deployment of the taser by Officers Bettes and Moran reflected a systemic practice in the NCPD of failing to identify police misconduct. Dr. Porcher also stated that Officers Bettes and Moran failed to alert surrounding officers of their intended execution of a Taser against Mr. Perez. Officers Bettes, Sacco, Moran, Castronova, and Civorelli failed to properly de-escalate the situation per their training; they should have awaited the presence of a supervisory officer and additional resources to take Mr. Perez into custody. Dr. Porcher concluded that their failure to regress and await assistance contributed to the lethal outcome of this case. Dr. Porcher also noted that Officer Bette's taser discharge into the chest of Mr. Perez was in opposition to the manufacturer's recommendations and the officers failed to consider other options and positions before placing Mr. Perez in the prone position, which inhibits breathing. The excessive use of the Taser, failure to employ de-escalation tactics, and improper placement of Mr. Perez in the prone position were consequences of the police department's failure to provide proper supervision.

**Deposition of Justin Angell** revealed the following:

On December 22, 2021, Justin Angell, a medic at the Nassau County Police Department, testified that on September 23, 2017, he arrived at the scene and was advised by officers that they had deployed their tasers twice. He saw that Mr. Perez was screaming and banging his head on the ground and kicking his cuffed legs. He left to get a stretcher; he noticed that Mr. Perez was not breathing while putting him on a stretcher. He checked for a pulse and did not feel one, so the officers uncuffed Mr. Perez and began CPR while moving him to the ambulance. Mr. Angell could not recall whether the officers asked him for a spit mask, nor did he call observing any contusions to Mr. Perez's neck.

**OPINIONS**

8

Elliot M. Schaktman, Esquire
March 4, 2022
Page 9 of 13

Following my review of the materials provided, based upon a reasonable degree of medical certainty, the following are my professional opinions:

1. Walter Perez died as a result of asphyxia due to police restraint. Causes of asphyxia included positioning on his stomach, head turned to the side, pressure of the neck, pressure on the torso, use of wrist and ankle restraints, restraint of hands behind the back, muscle contractions from multiple Taser shocks, and use of a spit mask. Acute cocaine intoxication did not play a significant role in the physiologic process that caused his death. Repeated and lengthy Taser use was a significant contributing factor to his death. However, the asphyxia that resulted from the above listed causes were sufficient to cause death without any contributing factor.

2. The pattern of injuries in the context of the events described reveals evidence that Mr. Perez suffered asphyxiation.

- The linear contusions on the right side of his neck indicate application of pressure from a linear object, such as a baton or nightstick.

-The hemorrhagic fracture of the right superior horn of the thyroid cartilage indicate pressure over that area from an object.

-The blotchy scleral hemorrhages of the right eye may represent injury related to the blunt force trauma of his right face which he sustained before his interaction with police or may represent exacerbation of a less extensive injury caused by Mr. Perez struggling against restraint, pressure applied to his neck and torso, or both.

- The petechial hemorrhages seen in his left eye may be the result of CPR, compressive forces to Mr. Perez's neck and torso, Mr. Perez struggling against restraint or a combination of two or more of these actions.

- Mr. Perez had significant blunt force trauma of his left ear, which was contused and edematous with an abrasion. The injuries of the ear indicate that Mr. Perez was on the ground with the left side of his face and head toward the ground while a large amount of force pressed his ear against the ground. Mr. Perez was not described as having an injury to his ear prior to his interactions with police.

-Two oblique linear contusions on the right side of the neck and a fracture of the right superior horn of the thyroid cartilage with hemorrhage indicate that pressure was applied to Mr. Perez's right neck. The two contusions on the right side of the neck are consistent with a long object pressed against the neck with force. A night stick is an object that that is compatible with these features. The fracture of the right superior horn of the thyroid cartilage is consistent with the force of this object against his right neck or from direct pressure applied to the neck by another source such as a hand, finger, or elbow.

9

Elliot M. Schaktman, Esquire
March 4, 2022
Page 10 of 13



- Linear contusions were present on the left back, near the scapula and extending toward the back of the upper arm, on the mid back, and on the lateral lower back. Similar contusions were present on the top and back of the right shoulder which also were focally abraded. These contusions indicate that a compressive force was placed onto these areas that was great enough to cause patterned contusions. These forces would also cause compression of the torso and restrict movement of the torso which is necessary for inspiration of oxygen and expiration of carbon dioxide.



3. The circumstances of Mr. Perez's interaction with the police and his death reveals evidence of asphyxiation.

- Placement of Mr. Perez in a face down position placed pressure on his chest and abdomen and restricted his ability to inspire oxygen and expire carbon dioxide.

- Use of a spit mask, which covered his head including the nose and mouth, restricted his ability to inspire oxygen and expire carbon dioxide.

Elliot M. Schaktman, Esquire
March 4, 2022
Page 11 of 13

- Cuffing of his hands behind the back restricted motion of the chest and clavicles and limited his ability to inspire oxygen and expire carbon dioxide.

-Physical restraint of the extremities limited the normal motions of the body and added pressure to the chest and abdomen, restricting his ability to inspire oxygen and expire carbon dioxide.

4. Three Taser probes were embedded into Mr. Perez's anterior torso over the chest and abdomen. Officers Moran and Bettes discharged their Tasers.  Mr. Perez was tasered 13 times for a total of 66 seconds. Officer Betts Taser was analyzed and was fired seven times in dart probe mode for a total of 36 seconds. Officer Moran's Taser was analyzed and was fired six times, once in dart probe mode and five times in drive stun mode for a total of 30 seconds. The application of Taser for the purpose of achieving incapacitation occurs only in probe mode. Five of the Taser firings for a total of 25 seconds were not in probe mode. Mr. Perez experienced a total of 66 seconds of Taser discharge in rapid and overlapping occurrence. Nassau County Police Department's policy on tasers indicates that officers will discharge no more than 3 successful applications of the Taser on a single subject. These multiple Taser deployments caused extreme pain, increasing the strain and stress placed on his heart during the physical struggle that was occurring. Even if there was no physical struggle, this excessive use of Taser deployment would have caused significant physical pain, strain and stress on Mr. Perez's heart.



5. After being handcuffed and Tased, Mr. Perez was described as still struggling and yelling, and Officers described that he was banging his head on the floor. This indicates that Mr. Perez did not die as an immediate result of being handcuffed, being Tased, or during the struggle that was involved in handcuffing him and getting him to the ground. Officer Civorelli explained that Mr. Perez needed to be further subdued after being handcuffed because he was still struggling and yelling, though he did not explain what further methods were used to subdue Mr. Perez. Mr. Perez became unresponsive while being further subdued and Officers offered no descriptive detail or explanation that would reasonably indicate why Mr. Perez would become suddenly unresponsive.

Elliot M. Schaktman, Esquire
March 4, 2022
Page 12 of 13

6. AMT Angell arrived on the scene at 2:40 a.m. but did arrive to Mr. Perez until 2:46 a.m. or assess Mr. Perez until 2:47 a.m. Reportedly, this was because the AMT was retrieving a spit mask and stretcher requested by the Officers. Mr. Angell testified that he could not recall whether the officers asked him for a spit mask. He testified that he was advised by officers that they had deployed their tasers twice. At that time AMT Angell testified that Mr. Perez was screaming and banging his head on the ground and kicking his cuffed legs. When AMT Angell did approach Mr. Perez 6 minutes later, he reportedly told police to roll Mr. Perez over and begin CPR because Mr. Perez was unresponsive and cyanotic. However, AMT Angell testified that he noticed that Mr. Perez was not breathing while putting him on a stretcher. The AMT report does not document the request to retrieve a spit mask and does not document the reason that it took 6 minutes to arrive to and 7 minutes to assess Mr. Perez. AMT Angell testified that he did not recall observing any contusions to Mr. Perez's neck

7. Mr. Perez was witnessed to be in an agitated / excited state. His postmortem toxicology testing revealed the presence of very low levels of both cocaine and the metabolite benzoylecgonine. While cocaine does cause vasoconstriction and increased cardiac demand for oxygen, the very low levels of cocaine intoxication did not play a significant role in the sequence of events involving the pressure forces to Mr. Perez's neck and torso and the oxygen restricting positioning of his body by Officers. These forces were sufficient to cause him to die from asphyxia without any contributing factors. The cardiac effects from the low levels of cocaine were greatly overshadowed by the significant stress and strain placed on Mr. Perez's heart by the numerous (13) and prolonged (66 seconds) pain inducing electrical shocks from the Tasering episodes to which he was subjected. Mr. Perez was already experiencing increased cardiac demand from his state of delirium and the pain of the Taser shocks significantly added to his suffering.

8. Mr. Perez had numerous small abrasions and contusions on his forearms and wrists as well as his knees and ankles, consistent with placement of wrist and ankle cuffs, and manual restraint including the wristlock described by Officer Civorelli, take down of Mr. Perez's described by Officer Castronova, and the twist lock and arm bar takedown described by Officer Sacco. However, the number, type, locations, and pattern of the injuries identified on Mr. Perez's body indicate that it is unlikely that Officers used only the maneuvers listed in their Use of Force reports.

9. During the several minute struggle with Officers, including being Tased multiple times and restrained, Mr. Perez was conscious and able to experience pain and suffering. He was already experiencing delirium, muscle contractions, and pain from the numerous Taser shocks in both probe and stun mode, when he experienced the sensation of asphyxia from being restrained with his wrists behind his back, restraint at his ankles, his head turned to the side while lying on his stomach, head covered with a spit mask, and pressure on his neck and torso while struggling to breathe against these restrictions. During this period of asphyxia, he experienced the fear and terror of air hunger which causes nausea, panic, weakness, confusion, dizziness, tunnel vision, and a sense of impending doom.

All of the opinions expressed herein are based upon my knowledge, training, education and experience and are to a reasonable degree of medical certainty unless stated otherwise. All of my opinions are based upon the materials provided for my review and are subject to revision upon review of additional information.

Very truly yours,

Elliot M. Schaktman, Esquire
March 4, 2022
Page 13 of 13

Jennifer L. Hammers, D.O.

Curriculum Vitae
*Jennifer L. Hammers, D.O., FCAP, FASCP*
*(Jennifer L. Lindner, D.O.)*
*Forensic Pathologist*

**Office and Consult**
**Address**        Cyril H. Wecht and Pathology Associates, Inc.
Attention: Jennifer L. Hammers, D.O.
900 Fifth Avenue, Suite 505
Pittsburgh, Pennsylvania   15219
Telephone: (412) 281-9090
Facsimile: (412) 261-3650
Email: jenniferhammers@gmail.com

**Place of Birth**     Rochester, Pennsylvania

**Citizenship**      United States of America

**Undergraduate and Medical Education**

| | |
|---|---|
| 09/1996 – 05/2000 | B.S., Biology<br>Geneva College<br>Beaver Falls, Pennsylvania |
| 06/2000 – 06/2004 | D.O., Doctor of Osteopathic Medicine<br>Lake Erie College of Osteopathic Medicine (LECOM)<br>Erie, Pennsylvania |

**Postgraduate Training**

| | |
|---|---|
| 07/2004-06/2008 | Resident, Anatomic and Clinical Pathology<br>Allegheny General Hospital<br>Pittsburgh, Pennsylvania |
| 07/2008-06/2009 | Fellow, Forensic Pathology<br>City Medical Examiner I<br>Office of Chief Medical Examiner, City of New York<br>New York, New York |
| 07/2009-06/2010 | Fellow, Forensic Neuropathology and Cardiac Pathology<br>City Medical Examiner I<br>Office of Chief Medical Examiner, City of New York<br>New York, New York |

**Employment**

| | |
|---|---|
| 09/2010-6/2013 | Medical Examiner<br>Office of the Chief Medical Examiner<br>Commonwealth of Massachusetts<br>Boston Office<br>720 Albany Street<br>Boston, Massachusetts 02118 |
| 7/2013-7/2017 | City Medical Examiner II |

| | |
|---|---|
| 1/2014-6/2015 | Office of Chief Medical Examiner, City of New York<br>Fellowship Director, Forensic Pathology and Neuropathology / Cardiac<br>Pathology Training Programs<br>520 First Avenue<br>New York, New York 10016 |
| 7/2015-7/2017 | Deputy Chief Medical Examiner, Brooklyn Campus<br>599 Winthrop Street<br>Brooklyn, New York 11203 |
| 7/2017-Present | Forensic Pathologist<br>Cyril H. Wecht and Pathology Associates, Inc.<br>900 Fifth Avenue, Suite 505<br>Pittsburgh, Pennsylvania 15219 |

**Educational Training**

| | |
|---|---|
| 09/2006-11/2006 | Certificate<br>Online Sexual Assault Nurse Examiner Training Program<br>Duquesne University, Pittsburgh, Pennsylvania |
| 12/20/2007 | Certificate<br>Identification and Reporting of Child Abuse in New York State<br>The New York State Nurses Association, Latham, New York |
| 12/2007 | Certificates of Achievement<br>United States Department of Homeland Security<br>Federal Emergency Management Agency Emergency Management Institute<br>• IS-00100.HC Introduction to Incident Command System I-100 for Health Care/Hospitals December 24, 2007<br>• IS-00200.HC Applying Incident Command System to Healthcare Organizations I-200 for Health Care/Hospitals December 27, 2007<br>• IS-00700 National Incident Management System (NIMS) An Introduction December 27, 2007 |
| 10/13/2008-10/18/2008 | Forensic Science for Pathologists Workshop<br>National Forensic Science Technology Center<br>Largo, Florida |
| 2/2009-01/23/2009 | Homicide Investigators Course<br>New York Police Department<br>New York, New York |
| 03/03/2009-03/04/2009 | Introduction to Blood Spatter Analysis Workshop<br>Office of Chief Medical Examiner, Special Investigations Unit<br>New York, New York |
| 09/21/2009 | 2009 New York City Abusive Head Trauma/Shaken Baby Syndrome Conference<br>Queen's Office of District Attorney and Office of Chief Medical Examiner<br>New York, New York |
| 02/20/2010-02/26/2010 | 25th Annual Washington Neuroradiology Review & 48th Annual Neuropathology Review<br>Department of Medical Education, Armed Forces Institute of Pathology<br>Bethesda, Maryland |

| 04/14/2010 | The Art of Perception Course by Amy E. Herman<br>New York Police Department Detectives Training Unit<br>Metropolitan Museum of Art<br>New York, New York |
| --- | --- |
| 11/18/10 | Psychological First Aid: Helping Others in Times of Stress DSCLS206A<br>American Red Cross<br>Office of the Chief Medical Examiner, Commonwealth of Massachusetts<br>Boston, Massachusetts |
| 05/17/2016 | Drug Enforcement Agency, Heroin/Fentanyl Training Seminar<br>New York Field Division<br>New York, New York |

**Leadership Training**

| 12/08/2017-12/10/2017 | Engaged Leadership Academy<br>College of American Pathologists<br>Chicago, Illinois |
| --- | --- |

**Board Examinations and Certifications**

| 2002 | Comprehensive Osteopathic Medical Licensing Examination (COMLEX-USA)<br>Step 1<br>National Board of Osteopathic Medical Examiners (NBOME), Inc. |
| --- | --- |
| 2004 | Comprehensive Osteopathic Medical Licensing Examination (COMLEX-USA)<br>Step 2<br>National Board of Osteopathic Medical Examiners (NBOME), Inc. |
| 2005 | Comprehensive Osteopathic Medical Licensing Examination (COMLEX-USA)<br>Step 3<br>National Board of Osteopathic Medical Examiners (NBOME), Inc. |
| 11/19/2010-12/31/2020 | Diplomate, American Board of Pathology<br>Anatomic and Clinical Pathology |
| 09/01/2011-12/31/2021 | Diplomate, American Board of Pathology<br>Forensic Pathology |

**Licensures**

| 07/2004-06/2008 | Graduate Osteopathic Trainee<br>Commonwealth of Pennsylvania<br>Training License Number OT010999 |
| --- | --- |
| 06/2017-Present | Osteopathic Physician and Surgeon<br>License Number OS018827 |
| 03/2008-Present | Medicine and Surgery<br>The University of the State of New York Education Department<br>License Number 248049 |
| 07/2010-Present | Board of Registration in Medicine<br>Commonwealth of Massachusetts<br>License Number 245676 |

| 08/2010-Present | Osteopathic Medical Board of California<br>State of California, Department of Consumer Affairs<br>License Number 20A11331 |

**Memberships in Professional and Honorary Societies**

| 05/2017-Present | American Medical Association (AMA) |
| 06/2000-Present | American Osteopathic Association (AOA) |
| 06/2000-06/2008 | Pennsylvania Osteopathic Medical Association (POMA) |
| 12/2004-06/2008 | Pittsburgh Pathology Society |
| 12/2004-12/2008 | Pennsylvania Association of Pathologists |
| 12/2004-Present | College of American Pathologists, Fellow (CAP) |
| 12/2005-06/2010 | United States and Canadian Academy of Pathology (USCAP) |
| 04/2006-Present | American Society for Clinical Pathology, Fellow (ASCP) |
| 10/2006-Present | National Association of Medical Examiners (NAME) |
| 01/2007-Present | American Osteopathic College of Pathologists (AOCP) |
| 01/2009-Present | American Academy of Forensic Sciences, Member Pathology/Biology (AAFS) |
| 07/2009-12/2010 | New York State Osteopathic Medical Society |

**Regional/Local Appointed Leadership and Committee Positions**

| 04/2001-05/2002 | Student Government President, Lake Erie College of Osteopathic Medicine |
| 05/2001-05/2002 | Student Representative, Pennsylvania Osteopathic Medical Association |
| 05/2001-Present | Ambassador, Lake Erie College of Osteopathic Medicine |
| 07/2006-06/2007 | Resident Member, Pennsylvania Osteopathic Medical Association,<br>Pathology Committee |
| 07/2006-06/2008 | Chief Resident, Anatomic and Clinical Pathology, Department of Pathology,<br>Allegheny General Hospital |

**Academic Appointments**

| 07/2008-07/2010,<br>07/2013-07/2017 | Clinical Professor of Forensic Medicine and Pathology, New York University<br>School of Medicine and Post-Graduate Medical School<br>New York University<br>New York, New York |
| 08/2015-07/2017 | Assistant Professor, Department of Pathology<br>State University of New York, Downstate Medical Center<br>Brooklyn, New York |
| 01/2018-Present | Adjunct Clinical Professor<br>Surgery / Pathology<br>Lake Erie College of Osteopathic Medicine<br>Erie, Pennsylvania |

**Research Appointments**

| 01/2010-11/7/10 | Brain Injury Research Institute (BIRI)<br>West Virginia University<br>Medical Advisory Committee, Member<br>Morgantown, West Virginia |

11/7/10-Present      Brain Injury Research Institute (BIRI)
North Shore University Health System (formerly at West Virginia University)
Member of the Board
Chicago, Illinois

**National Elected/Appointed Leadership and Committee Positions**

03/2003-07/2003      Representative, American Osteopathic Association Committee on Health Related Policy

07/2006-06/2008      Resident Council Liaison, American Society for Clinical Pathology

01/2007-12/2009      Education, Program and Publications Committee, National Association of Medical Examiners (NAME)
- Subcommittee on Forensic Pathology Fellowship Training
- Subcommittee on Education Training

06/2012- Present      Healthcare Council, Sudden Arrhythmia Death Syndromes (SADS) Foundation

05/2013-Present      Citizen CPR Foundation (CCPRF) Phase 4 Subcommittee for Sudden Cardiac Arrest in Youth

02/2014-Present      Sudden Death in the Young Autopsy Protocol Task Force
Michigan Public Health Institute Data Coordinating Center, funded by the United States Centers for Disease Control in partnership with the National Institutes of Health

07/01/2018-2022      Review Committee for Pathology
Accreditation Council for Graduate Medical Education (ACGME)

**Professional Organization Activities**

10/17/2007-10/21/2007      Staff Assistant, Annual Meeting of the American Society for Clinical Pathology (ASCP), October 18-21, 2007 New Orleans, Louisiana

**Community Service Activities**

06/2004-06/2006      Mentor, Health Rangers Program, Allegheny General Hospital Pittsburgh, Pennsylvania

09/2005-09/2006      Hoop Committee Member, Huntington Disease Society of America Volunteer Annual Hoop-A-Thon

9/30/2005      Volunteer, United Way Day of Caring Pittsburgh, Pennsylvania

09/2005-07/2008      Volunteer, Bethlehem Haven Women's Shelter Pittsburgh, Pennsylvania

**Accomplishments**

- Participation in Vitals Information Partnership (VIP) System Electronic Death Reporting Working Group for the Commonwealth of Massachusetts. Leader of subgroup for development of modules pertaining to certifying physicians. The VIP working group is charged with the task of development, implementation and training of funeral home personnel, medical staff and physicians to use the electronic death certification in the Commonwealth of Massachusetts (2011-2013).

- Organization of monthly grand rounds and journal club for the Office of the Chief Medical Examiner,

Commonwealth of Massachusetts. Involves arranging appropriate speakers to visit the office and choosing pertinent scientific journal articles for discussion among medical examiners and office staff (2011-2013).

- Design and maintenance of the Microsoft Access database for the Brain Injury Research Institute, West Virginia University / North Shore University Health System, for the group's work on Chronic Traumatic Encephalopathy (CTE). The database contains an up-to-date listing of living and decedent participants and pertinent information, including: personal and health information, information specific to the study and next-of-kin, physician and medical examiner/coroner contact information.

**Educational Activities**

- Lecturer, Forensic Science Training Program, Office of Chief Medical Examiner, City of New York, September 2016

- Lecturer and Co-Organizer, Mortuary Training Academy, Office of Chief Medical Examiner, City of New York, 2015-2015

- Thesis Reviewer, Masters of Science Forensic Anthropology, Department of Anatomy and Neurobiology, Boston University School of Medicine Ashley C. Smith The Influence of Sharp-Force Thoracic Trauma on the Rate and Pattern of Decomposition. Completion 2012

- Thesis Reviewer, Masters of Science Forensic Anthropology, Department of Anatomy and Neurobiology, Boston University School of Medicine Philip J. Chang The Effect of Abdominal and Thoracic Lacerations on Rate and Pattern of Decomposition. Anticipated completion 2013

- Thesis Reviewer, Masters of Science Forensic Anthropology, Department of Anatomy and Neurobiology, Boston University School of Medicine Jade S. De La Paz Distinguishing homicidal and suicidal gunshot trauma based on skeletal alterations. Anticipated completion 2013

**Appointed Academic Activities**

- Lecturer, Masters of Science Forensic Anthropology, Department of Anatomy and Neurobiology, Boston University School of Medicine Forensic Anthropology 711 A1 Forensic Pathology Spring Semester, 2012-2013

- Lecturer, Pathology, Sophie Davis School of Biomedical Sciences, Department of Pathobiology, City University of New York, New York, New York, 2014

**Invited Publication Activities**

1. Editorial Board Member. *Academic Forensic Pathology*. The Official Publication of the National Association of Medical Examiners. January 2017-December 2020.

2. Reviewer. *American Journal of Forensic Medicine and Pathology*. Spring 2018-Present.

**Research Projects**

3. Andrews, MAW, J Lindner, T Mertz, B Vaske, S McKenna, A Snyder, K Andryc, and BH Hallas. Treadmill exercise training ameliorates the reduced force and $Ca^{2}$-sensitivity noted in fast- and slow-twitch muscle cells following sciatic nerve compression. *J. Am. Osteopath. Assoc. 2002; 102:392*.

4. Andrews, MAW, KA Andryc, KL Valentine, T Mertz, J Lindner, and BH Hallas. Treatment of nerve cut or

compression injury with oral Ginkgo biloba ameliorates the reduction in force and $Ca^{2+}$-sensitivity noted in fast-twitch muscle cells. *FASEB J. 2002;16:A663.*

## Research Awards

1. *Best Resident Manuscript* Lindner JL, Omalu BI, Buhari AM, Shakir A, Rozin L, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. *Best Resident Paper, 40th Annual Meeting of the National Association of Medical Examiners, October 13-18, 2006, San Antonio, Texas.*

2. *Resident Research Award* Allegheny General Hospital Resident Research Symposium Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. *Platform presentation, Allegheny General Hospital 2006, Certificate of participation.*

3. *Resident Research Award* Allegheny General Hospital Resident Research Symposium Lymphatic microvessel density as a prognostic marker in esophageal adenocarcinoma. *Platform Presentation , Allegheny General Hospital 2007, Second Place.*

## Invited Lectures

1. *Chronic Traumatic Encephalopathy, One Hit too Many* Boston University Forensic Student Society and Biomedical Sciences Master's Program Boston, Massachusetts, May 3, 2011.

2. *Facial Tissue Donation: Identification and Examination Challenges for Medical Examiners* Grand Rounds Office of the Chief Medical Examiner The City of New York New York, New York May 19, 2011 *Acceptance to Release: Determining Which Deaths Fall Under the Jurisdiction of the Massachusetts Medical Examiner* Forensic Toxicology Laboratory University of Massachusetts Medical Center Worcester, Massachusetts, June 17, 2011.

3. *Investigating Brain Injury Following Repetitive Head Trauma: A Coroner's Approach* Indiana Coroners' Association 2011 Continued Education Conference Indianapolis, Indiana, June 25, 2011.

4. *Have You Ever Wondered, "Just What Does The Medical Examiner Do"?* Boston University, 4th Annual Citizens CSI Academy Holliston, Massachusetts, March 12, 2012.

5. *Mechanism of injury and patterns of injury.* International Association of Forensic Nurses, Greater New England Chapter Newton Wellesley Hospital Newton, Massachusetts, November 2, 2012.

6. *Finding tau proteins.* American Osteopathic Academy of Sports Medicine, The effects of traumatic brain injury in athletes. Webinar, December 10, 2012.

7. *Looking for tau proteins.* March 9, 2013, American Osteopathic Academy of Sports Medicine, 28th Annual Clinical Conference, , Colorado Springs, Colorado, March 6-9, 2013.

8. *Evaluation of chemical threats: A medical examiner case perspective,* Spring 2013 Level 1 Surge Meeting, Department of Public Health, Commonwealth of Massachusetts, Boston, Massachusetts, April 30, 2013.

9. *Legg Lecture on Sports Medicine: The Science and Research Behind Brain Injury and Repetitive Head Trauma,* Kansas City University of Medicine and Biosciences, September 20, 2013.

10. *The Ins and Outs of Death Certification: Understanding the Challenges of Determining why Someone Died,* North East Home Office Underwriters Association 2013, November 10, 2013.

11. *Introduction to Forensics.* High School for Health Program. New York, New York, May 13, 2014.

12. *Mechanism of Injury.* Massachusetts Nurses Association: A Day of Forensics, Canton, Massachusetts, June 12, 2014.

13. *Pediatric Fatalities: the role of the Medical Examiner*, ACS Family Court Legal Servies, City of New York, June 9, 2014.

14. *Introduction to Forensics.* Summer Program For High School Health Professions. New York, New York, August 7, 2014.

15. *Real life CSI: The role of the medical examiner in criminal cases*. New York Law School, Prosecution Track. New York, New York, November 10, 2014.

16. *Forensics of Drug Related Deaths.* Massachusetts Nurses Association. All-Day street Drugs Program, Canton, Massachusetts, June 11, 2015.

17. Forensic Conference. Central Peninsula Hospital Clinical Forensic Services Department. Keynote and multiple forensic lectures. Soldotna, Alaska, April 18-19, 2016.

18. *Stepping Beyond the Yellow Tape Update in Forensics*. Multiple forensic lectures. Massachusetts Nurses Association. Canton, Massachusetts. December 6, 2016.

19. *Cause of Death and Suicide Determinations*. 108th Annual International Claim Association Educational Conference, September 18, 2017. San Diego, California.

20. *Forensic Aspects of Strangulation.* International Association of Forensic Nurses, Greater New England Chapter, Newton Wellesley Hospital Newton, Massachusetts, Scheduled November 30, 2018.

**Educational Sessions**

1.  *Who needs clinical pathology? I am a forensic pathologist! The utility of clinical pathology after death: The old, the new and the not so useful.* November 2, 2012. Annual meeting of the American Society for Clinical Pathology, October 31-November 3, 2012, Boston, Massachusetts.

2.  *Sudden cardiac death and the medical examiner / coroner*. The Pediatric and Congenital Electrophysiology Society meeting May 2012 Boston, MA.

3.  *Identifying tau proteins: can we identify tau proteins in the living?* March 9, 2013. American Osteopathic Academy of Sports Medicine, 28th Annual Clinical Conference, March 6-9, 2013, Colorado Springs, Colorado.

4.  Monthly Tutorial Sessions for Visiting Students and Residents, Various topics in Forensic Pathology, Office of Chief Medical Examiner, The City of New York, 2008-2010, 2013-Present.

5.  *Cool Cases in Forensic Pathology: An Interactive Evaluation of Patterns of Injury and Disease.* September 18, 2013. Annual Meeting of the American Society for Clinical Pathology, September 18-21, 2013, Chicago, Illinois.

6.  *Sudden Death in the Young*.   Emergency Cardiovascular Care Update Annual Conference, June 5, 2014, Las Vegas, Nevada.

7.  *Death certification: tips for writing a meaningful cause of death statement,* Roundtable. October 9, 2014. Annual Meeting of the American Society for Clinical Pathology, October 7-10, 2014, Tampa, Florida.

8.  *Cool Cases in Forensic Pathology Part II: An Interactive Evaluation of Patterns of Injury and Disease.* October 10, 2014. Annual Meeting of the American Society for Clinical Pathology, October 7-10, 2014, Tampa, Florida.

9.  *Chronic traumatic encephalopathy (CTE): The science of mild traumatic brain injury and neurodegenerative disease.* October 10, 2014. Annual Meeting of the American Society for Clinical Pathology, October 7-10, 2014, Tampa, Florida.

10. *Special Autopsy techniques: A Practical Approach and Useful Tips.* October 10, 2014. Annual Meeting of the American Society for Clinical Pathology, October 7-10, 2014, Tampa, Florida.

11. *Cool Cases in Forensic Pathology Part II: An Interactive Evaluation of Patterns of Injury and Disease.* October 29, 2014. Annual Meeting of the American Society for Clinical Pathology, October 28-30, 2015, Long Beach, California.

12. *Special Autopsy techniques: A Practical Approach and Useful Tips.* October 30, 2015. Annual Meeting of the American Society for Clinical Pathology, October 28-30, 2015, Long Beach, California.

13. *Cardiac Pathology and Neuropathology Investigations of Unexpected death, the 2016 Sudden Death in Youth Protocol.* February 23, 2016. National Association of Medical Examiners Interim Meeting during the American Academy of Forensic Sciences Annual Meeting, February 22-27, 2016, Las Vegas, Nevada.

14. *Special Autopsy techniques: A Practical Approach and Useful Tips.* September 7, 2017. Annual Meeting of the American Society for Clinical Pathology, September 6-8, 2017, Chicago, Illinois.

## Bibliography

**Refereed Journal Publications/Original Papers**

1. Lindner JL, Leon M. Sudden and unexpected death in the immediate newborn period: two cases of thanatophoric dysplasia. *American Society for Clinical Pathology, CheckSample, Forensic Pathology. 2006 Mar;48(3):31-47.*

2. Lindner JL, Omalu BI, Buhari AM, Shakir A, Rozin L, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. *Am J Forensic Med Pathol. 2006 Dec;28(4):292-8.*

3. Lindner JL, Sajjad MS, Long SG, Liu Y. Sudden and unexpected death from cardiac manifestation of amyloidosis: a report of two cases. *American Society for Clinical Pathology, CheckSample, Forensic Pathology. 2009 Feb;51(2):13-30.*

4. Hammers JL, Bulakhtina EA. Commotio cordis in a traffic accident victim: report of a case and review of the literature. *American Society for Clinical Pathology, CheckSample, Forensic Pathology, 2011 Oct;53(9):87-98.*

**Non-Refereed Journal Publications/Original Papers**

1. Saad RS, Lindner JL, Lin X, Liu Y, Silverman JF. The diagnostic utility of D2-40 for malignant mesothelioma versus pulmonary carcinoma with pleural involvement. *Diagn Cytopathol, 2006 Dec;34(12):801-6.*

2. Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. *Arch Surg. 2007Oct;142(10):923-8.*

3. Omalu BI, Lindner JL, Janssen MS, Nnebe-Agumadu U, Weedn VA. The role of environmental factors in the causation of sudden death in infants: two cases of sudden and unexpected death in two unrelated infants who were cared for by the same babysitter. *J Forensic Sci. 2007 Nov;52(6):1355-8.*

4. Omalu BI, Lindner JL, Shakir AM, Tayur SR. Forecasting as an operations management tool in a medical examiner's office. *Journal of Health Management. 2007;9(1):75-84.*

5. Lin X, Lindner JL, Saad RS, Silverman JF, Liu Y. Intestinal and endocervical-like ovarian mucinous neoplasms are immunophenotypically distinct entities. *Appl Immunohistochem Mol Morphol. 2008 Oct;16(5):453-8.*

6. Saad RS, Lindner JL, Liu Y, Silverman JF. Lymphatic vessel density as prognostic marker in esophageal adenocarcinoma. *Am J Clin Pathol. 2009 Jan;131(1):92-8.*

7. Shinde T, Lindner J, Silverman J, Agrawal R, Dhawan M. Gastric-duplication cyst with an aberrant pancreatic-ductal system: an unusual cause of recurrent abdominal pain. *Gastrointest Endosc. 2009 Feb;69(2):377-9.*

8. Krishnamurti U, Hammers JL, Atem FD, Storto PD and Silverman JF. Poor pognostic significance of unamplified chromosome 17 polysomy in invasive breast carcinoma. *Mod Pathol. 2009 Aug;22(8):1044-8.*

9. Omalu BI, Bailes J, Hammers JL, Fitzsimmons R. Chronic traumatic encephalopathy, suicides and para-suicides in professional American athletes: the role of the forensic pathologist. *Am J Forensic Med Pathol. 2010 Jun;31(2):130-2.*

10. Omalu BI, Fitzsimmons RP, Hammers JL, Bailes J. Chronic traumatic encephalopathy (CTE) in a professional

American wrestler. *J Forensic Nurs. 2010 Sep;6(3):130-136.*

11.  Tindle HA, Omalu BI, Courcoulas A, Marcus M, Hammers JL, Kuller L. Risk of suicide after long term follow-up from bariatric surgery. *Am J Med 2010 Nov;123(11):1036-42.*

12.  Omalu BI, Bailes J, Hamilton, RL, Kamboh I, Hammers JL, Strickland TL, Case M, Fitzsimmons R. Emerging histomorphologic subtypes of chronic traumatic encephalopathy (CTE) in American athletes. *Neurosurgery 2011 June;69(1):173-183.*

13.  Omalu BI, Hammers JL, DiAngelo C, Moore S, Luckasevic T. Autopsy features of sudden death due to isolated eosinophilic coronary arteritis: report of two cases. *J Forensic Nurs 2011 Sep;7(3):153-6.*

14.  Omalu B, Hammers J, Bailes J, Webster G, Fitzsimmons R. Chronic traumatic encephalopathy [CTE] in an Iraqi war veteran who was diagnosed with post traumatic stress disorder [PTSD] and committed suicide. 2011 *Neurosurg Focus* 31 (5):E3.

15.  Omalu B, Hammers J, Luckasevic T. Diagnosis of hemorrhagic stroke in an exhumed brain after three years of burial in a deep grave. *J Forensic Sci.* 2012 Nov;57(6):1665-8.

16.  Omalu BI, Hammers JL, Parwani AV, Balani J, Shakir A, Ness RB. Is there an association between coronary atherosclerosis and carcinoma of the prostate in men aged 50 years and older? An autopsy and coroner based post-mortem study. *Niger J Clin Pract.* 2013 Jan-Mar;16(1):45-8.

*17.  Lamprecht MR, Elkin BS, Kesavabhotla, Crary JF, Hammers JL, Raghupathi R, Morrison B. Strong correlation of genome-wide expression after traumatic brain injury in vitro and in vivo implicates a role for SORLA. J Neurotrauma..2016 Apr 19. [Epub ahead of print].*

*18.  Scordi-Bello I, Kirsch D, Hammers J. Fatal pulmonary thromboembolism in patients with diabetic ketoacidosis: a seven-case series and review of the literature. Academic Forensic Pathology 2016 June:6(2): 198-205.*

19.  Wu G, Hammers JL. Drug-induced gingival overgrowth attributed to sodium valproate usage: an autopsy finding. *American Society for Clinical Pathology, Case Reports, Forensic Pathology. Oct 2017.*

20.  Wu G, Garcia R, Hammers JL. Histiocytoid cardiomyopathy and the sudden death of a female infant. *American Society for Clinical Pathology, Case Reports, Forensic Pathology. Oct 2018.*

21.  Omalu B, Small GW, Bailes J, Ercoli LM, Merrill DA, Wong K, Huang S, Satyamurthy N, Hammers JL, Lee J, Fitzsimmons R, Barrio JG. Post-mortem Autopsy-Confirmation of Ante-mortem [F-18]FDDNP-PET Scans in a Football Player with Chronic Traumatic Encephalopathy. *Neurosurgery. 2018 Feb 1; 82(2): 237-246.*

22.  Wu G, Borck C, Hammers JL. Sudden death from a colloid cyst: Both New and Recurrent. *American Society for Clinical Pathology, Case Reports, Forensic Pathology. Preparing for submission, 2018.*

**Refereed Abstracts**

1.  Lindner JL, Lin X, Liu YL, Saad RS, Kaplan P, Tung M, Silverman JF. The utility of D2-40 for the diagnosis of malignant mesothelioma versus pulmonary adenocarcinoma in pleural fluid cytology. *Poster presentation, 95th Annual meeting of the United States & Canadian Academy of Pathologists, February 11-17, 2006, Atlanta, Georgia.*

2.  Lindner JL, Omalu BI, Buhari AM, Shakir A, Rozin L, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. *Poster presentation, Annual meeting of the United States and Canadian Association of Pathologists, Atlanta, Georgia, February 11-17, 2006 and Best Resident Manuscript, 40th Annual meeting of the National Association of Medical Examiners, October13-18, 2006, San Antonio, Texas.*

3.  Lindner JL, Omalu BI, Ives DG, Buhari AM, Schauer PR, Kuller LH. Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. *Poster presentation, 40th Annual meeting of the National Association of Medical Examiners, October13-18, 2006, San Antonio, Texas.*

4.  Lindner JL, Silverman JF, Liu Y, Tung M, Sajjad MS, Saad RS. Lymphatic microvessel density as a prognostic marker in esophageal adenocarcinoma. *Poster presentation, 96th Annual meeting of the United States & Canadian Academy of*

*Pathologists, March 24-30, 2007, San Diego, California.*

5.  Lindner JL, Silverman JF, Finkelstein S, Liu Y, Saad RS. Molecular analysis of adenocarcinoma involving the periampullary region. *Poster presentation, 96th Annual meeting of the United States & Canadian Academy of Pathologists, March 24-30, 2007, San Diego, California.*

6.  Lindner JL, Omalu BI, Janssen JK, Nnebe-Agumadu U, and Weedn V. The role of environmental factors in the causation of sudden death in infants: two cases of sudden and unexpected death in two unrelated infants who were cared for by the same babysitter. *Platform presentation, 41st Annual meeting of the National Association of Medical Examiners, October 12-17, 2007, Savannah, Georgia.*

7.  Lindner JL, Omalu BI, Shakir AM, Tayur SR. Forecasting as an operations management tool in a medical examiner's office. *Platform presentation, 41st Annual meeting of the National Association of Medical Examiners, October 12-17, 2007, Savannah, Georgia.*

8.  Lindner JL, Saad RS, Liu Y, Silverman JF. Diagnostic utility of muscle marker expression in mesothelial proliferations: a comparative study. *Poster presentation, Annual meeting of the American Society for Clinical Pathology, October 18-21, 2007, New Orleans, Louisiana.*

9.  Lindner JL, Saad RS, Liu Y, Silverman JL. Differential staining and prognostic utility of D2-40 immunoreactivity in patients with esophageal squamous cell carcinoma. *Poster presentation, Annual meeting of the American Society for Clinical Pathology, October 18-21, 2007, New Orleans, Louisiana.*

10. Lindner JL, Stewart S, Maier J, Cohen J, Silverman JF. Separation of invasive lobular from ductal carcinoma of the breast using Raman molecular imaging. *Poster presentation, 97th Annual meeting of the United States & Canadian Academy of Pathologists, March 1-7, 2008, Denver, Colorado.*

11. Hammers J. Unraveling a Triple Dismemberment Homicide. Platform presentation, *52nd Annual Meeting of the National Association of Medical Examiners, October 12-16, 2018, West Palm Beach, Florida.*

### Non-Refereed Abstracts

1.  Diu S and Hammers J. Generalized Organomegaly and the Use of Performance-Enhancing Substances Identified Following Sudden Death. Poster presentation, 71st *Annual Meeting of the American Academy of Forensic Sciences, February 18-23, 2019, Baltimore, Maryland. Accepted.*

### Book Chapters

1.  Omalu BI and Hammers JL (2015). Neuropathology of Chronic Traumatic Encephalopathy Chapter 10 In AL Petraglia, JE Bailes and AL Day, *Handbook of Neurological Sports Medicine*, (pp. 189- 207). Champaign, IL: Human Kinetics.

2.  Sampson BA and Hammers JL. Forensic Cardiac Pathology, Chapter 20. In J Butany and LM Buja (Eds.), *Cardiovascular Pathology* (4th ed.) (pp. 773-798) San Diego, CA: Elsevier.

3.  Sampson BA and Hammers JL. 86: Coronary Artery Dissection NOS, Section I Natural Disease. In E Matshes. *Diagnostic Forensic Pathology* (pp. TBD). San Diego, CA: Elsevier. Awaiting publication.

4.  Sampson BA and Hammers JL. 341: Blunt chest trauma-Commotio cordis, Section II Trauma, Toxin and the Environment. In E Matshes. *Diagnostic Forensic Pathology* (pp. TBD). San Diego, CA: Elsevier. Awaiting publication.

5.  Sampson BS and Hammers JL. 34: Forensic Pathology. In Strayer D et al. *Rubin's Pathology: Clinicopathologic Foundations of Medicine, 8th Edition*. New York, NY: Walters Kluwer Health. Awaiting review and publication.

### Book Editor

*1.*  Hammers JL and Fitzsimmons R, eds. *Medical Legal Handbook.* Juris. Huntington, New York. *2018.*

**Grants**

1. Lindner JL, Omalu BI, Skakir A, Rozin L, Wecht CH. Is there an association between coronary atherosclerosis and carcinoma of the prostate in men aged 55 years and older? an autopsy and coroner based cross-sectional study. *Grant Submitted to The Pittsburgh Foundation. Unsuccessful.*

2. CAP Foundation Advanced Training Grant Recipient, 2006. Office of the Chief Medical Examiner, City of New York, Rotation in Forensics and Forensic Neuropathology and Cardiopathology. September 2007.

3. Hammers JL. Accuracy in Death Certification: Enhancing the Health of Society upon the Death of a Citizen. *Letter of Intent Submitted to The Robert Wood Johnson Foundation, Investigator Awards in Health Policy Research. Unsuccessful.*

4. Omalu BI, Hammers JL, Iosif A. Hyperphosphorylated tau, neurofibrillary tangles and neuritic threads as forensic pathologic markers for suicides. *National Institutes of Justice, Basic Scientific Research to Support Forensic Science, 2011. Unsuccessful.*

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | CASE | LAST NAME | FIRST NAME | DATE | TRIAL | DEPOSITION |
| 2 | M2007-02146 | White | David | 4/24/2009 | X | |
| 3 | K2008-04489 | Ruiz | Jason | 12/3/2009 | X | |
| 4 | M2009-02395 | Krzysk | Victoria | 6/11/2010 | X | |
| 5 | K2010-1537, K2010-1538 | Abuzaid | Abdul and Mansoor | 6/24/2010 | X | |
| 6 | M07-02146 | White | David | 7/12/2010 | X | |
| 7 | M2008-4548 | Redo | Anthony | 12/13/2010 | X | |
| 8 | MASS 2006-16135 | Garcea | James | 5/26/2011 | X | |
| 9 | K2009-01249 | Abdallah | Sharif | 11/18/2011 | X | |
| 10 | MASS 2011-08354 | Santos-Felix | Janice | 10/11/2012 | X | |
| 11 | MASS 2011-11555 | Fischer | Christopher | 12/6/2012 | X | |
| 12 | MASS 2007-16056 | Philbrook | Dorothy | 2/13/2013 | X | |
| 13 | MASS 2011-09669 | Gonsalves | Tina | 6/17/2013 | X | |
| 14 | MASS 2011-06693 | Innocent | Sheldon | 6/3/2013 | X | |
| 15 | MLC Fitzsimmons | Miller | Frank | 4/17/2013 | | X |
| 16 | LC (C13-052) | Katanelson | Alec | 11/19/2013 | X | |
| 17 | MASS 11-11177 | Ortiz | James | 9/17/2013 | X | |
| 18 | MASS 11-14976 | Duarte | Michael | 10/11/2013 | X | |
| 19 | M12-01579 | Green | Kendell | 10/28/2013 | X | |
| 20 | MLC Hawkins Parnell | Knuckles | Katherine | 3/20/2015 | X | |
| 21 | LC (C13-057) | Hemphill | Ryan | 3/17/2015 | X | |
| 22 | LC (C13-052) | Richards | Thomas | 1/14/2014 | X | |
| 23 | M12-02013 | Delarosa Castillo | Jonathan | 12/9/2013 | X | |
| 24 | MASS 11-4909 | Fuentes | Reinaldo | 3/20/2014 | X | |
| 25 | M11-5209 | Murphy | Tayshana | 3/26/2014 | X | |
| 26 | 12-12577 | Rivas III | Alfonso | 4/24/2014 | X | |
| 27 | CME11-12347, 12356, 12406 | Berkshire | Triple (H/R) | 1/23/2014 | X | |
| 28 | CME11-12347, 12356, 12406 | Berkshire | Triple (Chaliva) | 5/2/2014 | X | |
| 29 | M11-7062 | Collins | Aaron | 6/17/2014 | X | |
| 30 | 12-3343, 12-5344 | Trehart, Bureau | Melba, Donna | 6/18/2014 | X | |
| 31 | 11-9973 | Kitow | Joseph | 6/25/2014 | X | |
| 32 | 11-12126, 11-12127 | Mordanac, Max Ariel | Mordanac, Zachary | 9/15/2014 | X | |
| 33 | M09-1880 | Casul | Raymond | 10/15/2014 | X | |
| 34 | CME11-12347, 12356, 12406 | Berkshire | Triple (Velova) | 9/16/2014 | X | |
| 35 | 11-9973 | Kitow | Joseph | 10/27/2014 | X | |
| 36 | M12-2013 | Delarosa Castillo | Jonathan | 10/22/2014 | X | |
| 37 | M11-7062 | Collins | Aaron | 11/24/2014 | X | |
| 38 | 2012-12368 | Kosstopoulos | Mary Ann | 11/20/2014 | X | |
| 39 | 2012-13347 | Bonilla | Richard | 3/2/2015 | X | |
| 40 | M13-6317 | DeVito | Salvatore | 3/4/2015 | X | |
| 41 | MLC Fitzsimmons | Fish | Brothers | 6/4/2016 | | X |
| 42 | MLC Ulster | Docosomo | Mason | 5/5/2015 | X | |
| 43 | 13-5137 | Campbell | Krystal | 3/20/2015 | X | |
| 44 | 2011-5651 | Lobo | Jose Eduardo Silva | 6/12/2015 | X | |
| 45 | M11-7406 | Sumpter | Walter | 6/15/2015 | X | |
| 46 | M11-5209 | Murphy | Tayshana | 5/15/2015 | X | |
| 47 | 12-14426 | Obadelea | Victor | 11/20/2015 | X | |
| 48 | MLC Caughlin Belke | Gopalratham | Arun | 11/20/2015 | | X |
| 49 | M13-6673 | Perez | Eddie | 1/14/2016 | X | |
| 50 | 13-2584 | Mann | Yasmin | 3/1/2016 | X | |
| 51 | M11-7406 | Sumpter | Walter | 3/2/2016 | X | |
| 52 | M11-5209 | Murphy | Tayshana | 3/2/2016 | X | |
| 53 | 2013-5102 | Baskin | Jordan | 3/14/2016 | X | |
| 54 | K91-07 | Smith | William | 3/21/2016 | X | |
| 55 | R15-629 | Williams | Joshua | 12/12/2016 | X | |
| 56 | M14-5409 | Castillo | Manuel | 4/27/2016 | | X |
| 57 | K91-07 | Smith | William | 3/21/2016 | X | |
| 58 | 2013-2516 | Few | Rayshawn | 5/17/2016 | X | |
| 59 | K14-3133 | Santos | Carlos | 5/26/2016 | X | |
| 60 | K13-1683 | Dalimar | Conrad | 6/21/2016 | X | |
| 61 | K13-5753 | Jordan | William | 6/29/2016 | X | |
| 62 | M14-7055 | Perry | Robert | 6/27/2016 | X | |
| 63 | K13-5753 | Jordan | William | 7/11/2016 | X | |
| 64 | M12-791 | Ford | Anaya | 6/1/2016 | X | |
| 65 | K14-1056 | Aran | Michael | 9/20/2016 | X | |
| 66 | 13-3694 | Barbosa | Louis | 9/13/2016 | X | |
| 67 | K14-6374 | MacEira | Ruth | 11/17/2016 | X | |
| 68 | 13-3694 | Barbosa | Louis | 12/13/2016 | X | |
| 69 | K15-556 | Craigwell | Kerwin | 12/9/2016 | X | |
| 70 | K14-635 | Medar | Elin | 11/30/2016 | | X |
| 71 | R15-629 | Williams | Joshua | 12/12/2016 | X | |
| 72 | K09-2426 | Wilson | Allen | 1/26/2017 | X | |
| 73 | K11-2086 | Lanz | Justin | 3/6/2017 | X | |
| 74 | M14-959 | Pena | William | 3/21/2017 | X | |
| 75 | 13-4450 | Villalona | Edward | 4/19/2017 | X | |
| 76 | K13-2176 | Walters | Isidro | 5/22/2017 | X | |
| 77 | K15-4517 | Burgin | Christopher | 5/22/2017 | X | |
| 78 | K13-1242 | Murray | Omar | 5/31/2017 | X | |
| 79 | K13-5336 | Turner | Karl | 6/12/2017 | X | |
| 80 | K15-6209 | Chen | Ying Guan | 6/26/2017 | X | |
| 81 | K05-6090 | Dayalal | Sashaun | 6/26/2017 | X | |
| 82 | MLC Marvin Vallejo | Castro | George | 10/1/2016 | X | |
| 83 | MLC Marvin Vallejo | Castro | George | 10/1/2016 | X | |
| 84 | CHW17-521 | Durst | Timothy | 12/1/2018 | X | |
| 85 | MLC Fitzsimmons | Luciarelli | Ronald | 2/10/2020 | | X |
| 86 | MLC Gordon Rees | Klinczyk | Christison | 6/9/2019 | | X |
| 87 | 2013-895 | Cintron | Jadamer | 10/30/2019 | X | |
| 88 | 2013-7254 | Bigby | Sierra | 11/8/2020 | X | |
| 89 | 2013-5724 | Maldonado | Javier | 11/18/2020 | X | |
| 90 | CHW18-473 | McCargo | Tre | 1/9/2020 | X | |
| 91 | CHW17-525 | Baily | Marquizil | 4/3/2020 | X | |
| 92 | MLC Fitzsimmons | Majingo | Hannah | 6/25/2020 | | X |
| 93 | MLC Olson | Gharbi | Fyed | 12/9/2020 | | X |
| 94 | Doe v T Bauer | Feteroff | Jon | 9/19/2021 | X | |
| 95 | Degasperlan | Cooper | Jeremy | 1/26/2022 | X | |
| 96 | CHW20-0233 | Caravello | Peter | 11/17/2021 | X | |