# EXHIBIT 3

| Nassau County Police Department | Department Procedure | |
|---|---|---|
| PROCEDURE TITLE | PROCEDURE NUMBER | REVISION |
| Mentally Disabled Persons | OPS 1155 | 1 |

| | |
|---|---|
| POLICY | The policy of the Police Department is to assist persons who are in need. This includes rendering necessary aid in a humane and sensitive manner to persons who appear to be suffering from mental illness or disability. |
| PURPOSE | To establish procedures for assisting mentally disabled persons. |
| DEFINITIONS | **Likely to result in serious harm:**<br><br>1. a substantial risk of physical harm to himself as manifested by threats of, or attempts at, suicide or serious bodily harm, or other conduct demonstrating that he is dangerous to himself, *or*<br><br>Note: Other conduct may include the person's refusal or inability to meet his essential need for food, shelter, clothing, or health care.<br><br>2. a substantial risk of physical harm to other persons as manifested by homicidal or other violent behavior by which others are placed in reasonable fear of serious physical harm.<br><br>Note: The Mental Hygiene Law (MHL) §9.41 authorizes a Police Officer to take into custody any person who appears to be mentally ill and is conducting himself in the above described manner. The custody is for transportation to a hospital for psychiatric evaluation.<br><br>**Mobile Crisis Outreach Team (MCOT):** a group consisting of physicians and/or Qualified Mental Health Professionals who will respond to any location within Nassau County to make assessments of individuals who appear to be having psychiatric problems. The MCOT operates out of the Nassau University Medical Center (NUMC).<br><br>Note: Police Officers should make referrals to the MCOT when they encounter a person who may need evaluation, but does not meet the MHL standards for an emergency hospital admission.<br><br>**Qualified Mental Health Professional (QMHP):** a licensed psychologist, certified social worker, or registered professional nurse approved by the Commissioner of the Department of Mental Health to serve on an MCOT. |
| SCOPE | All Members of the Department. |
| SOURCES | Commissioner's Order 39-84.<br>    (Departmental Emergency Ambulance Service)<br>MHL §9.41. (Emergency Admissions-Police Powers)<br>    §9.58. (Powers of MCOT)<br>PL Article 35. (Defense of Justification)<br>Teletype Order 285-90. (Electronic Immobilization Device-Taser)<br>Training Bulletin 55 Revised 06/87.<br>    (Handling Mentally Disabled Persons) |
| RULES | 1. Members of the Department will not use any restraint technique during transport that dangerously inhibits a restrained person's breathing. |

| ISSUING AUTHORITY | SIGNATURE | EFFECTIVE DATE | PAGE |
|---|---|---|---|
| Commissioner | William J. Willet | 08/31/2001 | 1 of 4 |

| Mentally Disabled Persons | | OPS1155 | 1 |
|---|---|---|---|
| REPLACES PROCEDURE | OPS 1155 Revision 0, dated 09/01/96. | | |
| Police Officer | 1. *Assesses* the situation. | | |

2. If at any point when dealing with a mentally disabled person the circumstances develop into a hostage/barricade situation,

   a. *requests* the following:
      (1) additional assistance,
      (2) Patrol Supervisor,
      (3) notification to the Desk Officer,
   b. *initiates* the Hostage/Barricade Incidents Procedure. [See OPS 12112]

3. *Secures* the area.

4. *Obtains* background information on the mentally disabled person such as the following:

   a. mental/medical history,
   b. prescription/illegal drugs being taken,
   c. current problem,
   d. behavior prior to police arrival,
   e. past violent behavior.

5. *Treats* as an aided case [See OPS 1110] if the behavior *is not* due to mental illness. [End of Procedure]

6. If the mentally disabled person requests to go to the hospital, [Go to step 13].

7. *Determines* if the mentally disabled person is conducting himself in a manner which is likely to result in serious harm to himself or others.

Note: Police Officers may get called to the scene to assist the MCOT. The physician or QMHP from the MCOT will make the determination as to the mentally disabled person's likelihood to cause serious harm.

8. If the MCOT is at scene,

   a. *verifies* the identification of the MCOT physician or QMHP by viewing either of the following:
      (1) Nassau County Department of Mental Health photo identification,
      (2) copy of the QMHP designation letter,
   b. *receives* a completed copy of OMH Form 482, Mobile Crisis Outreach Team Authorization for Transport, from the MCOT physician or QMHP if the mentally disabled person will be transported.

9. If the mentally disabled person *is not* conducting himself in a manner which is likely to result in serious harm to himself or others,

   a. *notifies* the Desk Officer,
   b. *considers* referral to MCOT [See Appendix H], through the Desk Officer,
   c. *reports* the disposition of the assignment.

| Mentally Disabled Persons | | OPS1155 | 1 |
|---|---|---|---|
| Police Officer | 10. If the mentally disabled person *is* conducting himself in a manner which is likely to result in serious harm to himself or others, | | |
| | ~~a. *secures* the immediate area,~~ b. *notifies* Communications Bureau (CB) of the precise location, c. *requests* a Patrol Supervisor, d. *notifies* the Desk Officer the mentally disabled person will be taken into custody. | | |
| | 11. *Requests* Highway Patrol Bureau Emergency Services Unit for specialized restraining equipment [See OPS 12230] if the mentally disabled person is: | | |
| | a. extremely violent, *or* b. armed with a weapon other than a firearm [See Glossary] or longarm *and* does not pose a threat to non-department member. | | |
| | Note: The situation is a hostage/barricade incident if the mentally disabled person is armed with a firearm or longarm, *or* is armed with any weapon and poses a threat to a non-department member. | | |
| Patrol Supervisor | 12. *Responds* to scene when requested or deemed necessary, *and* | | |
| | a. *evaluates* the situation, b. *verifies* that initial notifications to CB have been made, c. *establishes* control related to the use of force, d. *directs* the use of Specialized Restraining Equipment [See OPS 12230] if needed. | | |
| Police Officer | 13. *Requests* a Nassau County Police Ambulance and additional Police Officers if needed. | | |
| | 14. *Maintains* control of the mentally disabled person. | | |
| | 15. *Searches* the mentally disabled person. | | |
| AMT/Police Officer | 16. *Use* soft restraints, when available, on a non-violent mentally disabled person. | | |
| | 17. *Place* a violent mentally disabled person on his back in the Reeves stretcher, *and* | | |
| | a. *replace* handcuffs, if used, with soft restraints, b. *secure* each hand separately to the respective handle on the Reeves stretcher, c. *place* the Reeves Stretcher on the trundle so the aided person is on his left side facing the AMT in the ambulance, d. *monitor* respiratory rate and quality. | | |
| | 18. *Place* the mentally disabled person in ambulance. | | |
| Police Officer | 19. *Unloads* weapon when guarding the mentally disabled person during transport. | | |
| AMT/Police Officer | 20. *Ride* in the back of the ambulance with mentally disabled person. | | |